## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JESSE MCCUIN**                                                                 **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 1:24-cv-00172-RPM**

**CITY OF PICAYUNE**                                                             **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference, and pursuant to the requirement of a separate Final Judgment under Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Jesse McCuin's Motions [68] [83] for Summary Judgment are **DENIED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Defendant the City of Picayune's Motion [81] for Summary Judgment is **GRANTED**. Plaintiff's claims arising under federal law are **DISMISSED WITH PREJUDICE**, and any ancillary state-law claims are **DISMISSED WITHOUT PREJUDICE**. This case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 11th day of August, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE